NO. 04-15-00183-CR

FOURTH COURT OF APPEALS

SAN ANTONIO, TEXAS

RICHARD LARES,

Appellant

V.

THE STATE OF TEXAS,

Appellee

RESPONSE TO ORDER DENYING
MOTION TO STAY JUDGMENT AND CONVICTION

TO THE HONORABLE JUSTICES OF SAID COURT:

Now Comes, Richard Lares, TDCJ #1592255, Appellant herein, in style and cause number and files this Response to Order Denying Motion to Stay Judgment and Conviction and in support shows the following:

Appellant, Lares, is Not being represent by counsel because the court appointed cousel, Mr. Barry P. Hitchings, withdrew representation on June 12,2015 and put appellant back on Pro Se status. Said Counsel filed Anders Brief without interviewing appellant and without visiting appellant and denied appellant an opporturnity to explain the circumstances of the case.

Appellant is requesting that his Motion to Stay Judgment and Conviction be reconsidered since appellant is Pro Se.

Appellant did not submit hybrid Motion and is currently working on Appellant Brief on Appeal since appointed counsel withdrew.

Prayer

WHEREFORE PREMISES CONSIDERED, Appellant Prays that the Honorable Justices reconsider appellant's Motion to Stay Judgment and Conviction and Grant said Motion since Appellant is without representation. Further Appellant Court Appointed Counsel never mention that Appellant suffers from Mental Illness and Disorders and abandoned his client witout personally interviewing him.

SO MOVED, SO PRAYED FOR.

Sincerely Submitted,

*Richard Lares*

Richard Lares, Pro Se

CERTIFICATE OF SERVICE

I have read the pleadings and to the best of my knowlidge and belief, formed after reasonable inquiry, that the instrument is not groungless, or brought in bad faith or brought for the purpose of harrassment, unnecessary delay, or any other improper purpose. That on July 8, 2015 a true and correct copy was sent by U.S. Postal Mail to the Fourth Court of Appeals Clerk at Cadena-Reeves Justice Center, 300 Dolorosa, Suite 3200, San Antonio, Texas 78205-3037.

Respectfully,

*Richard Lares*

Richard Lares, #1592255
Pack 1 Unit
2400 Wallace Pack Rd.
Navasota, Texas 77868

"De Oppresso Liber"
U.S. Army Combat Veteran

Dear Clerk of The Fourth Court of Appeal's  Date: 7-8-15

I, Richard Lares, Appellant in Case No. 04-15-00183-CR, wish to inform the Honorable Justices of Said Court that I am _Pro Se_ and that my Court Appointed Appeals Counsel has filed a Motion to Withdraw, on June 12, 2015 along with Anders Brief.

Said Counsel Refused to interview me Personally and I wrote to him informing him that I am Mentally Ill due to Combat while in the U.S. Army Special Forces Airborne 7th Group.

Please inform the Hon. Justices that I would like for them to _reconsider_ my Motion to Stay Judgment and Conviction and my motion for Subpoena of PSI Report.

Sincerely,

Richard Lares
x _Richard Lares, Pro Se_

KEITH E. HOTTLE, CLERK
2015 JUL 13 AM 11:41
FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

Richard Lanes 1592255
Pack 1 Unit
2400 Wallace Pack Rd.
Navasota, Tex. 77868

Legal
Mail

RECEIVED FILED FOURTH COURT OF APPEALS

09 JUL 2015 PM 2L

Fourth Court of Appeals Clerk
Caden-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Tx. 78205-3037

78205303799